IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:02CR107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL BENTLEY, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Michael Bentley appeared before the court on October 13, 2005 on a Petition for Warrant for Offender Under Supervision [86]. The defendant was represented by Assistant Public Defender Julie B. Hansen and the United States was represented by Assistant U.S. Attorney Robert Sigler. The defendant admits allegations 1, 2 and 3. The defendant's oral motion to continue the final disposition hearing is granted.

IT IS ORDERED:

1. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 8:30 a.m., on November 22, 2005.**

2. Defendant is remanded to the custody of the United States Marshal.

Dated this 13th day of October, 2005.

BY THE COURT:

 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge