IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:02cr107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL BENTLEY, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Michael Bentley appeared before the court on April 12, 2007 on a Petition for Summons for Offender Under Supervision [101].    The defendant was represented by Assistant Federal Public Defender David O'Neill  and the United States was represented by Assistant U.S. Attorney Robert Sigler.  The defendant admits allegations 1, 2 and 3.  On the court's own motion the final disposition hearing is continued.  The government did not move for detention.  The defendant was released on current conditions of supervision.

IT IS ORDERED:

1.    The Federal Public Defender is apponted to represent the above named defendant.

2.    A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:00 a.m., on August 24, 2007.**  Defendant must be present in person.

3.  Defendant is released on current conditions of supervision.

Dated this 12th day of April, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge